MARGARET SARRO and JOSEPH SARRO, Appellants, v. A. I. NAMM & SON, INC., and NEW YORK TELEPHONE COMPANY, Respondents.— Action for damages for personal injuries by the plaintiff wife and for loss of her services by the plaintiff

husband. The complaint was dismissed at the close of plaintiffs' case on the motion of the defendants. From the judgment entered, plaintiffs appeal. Judgment unanimously affirmed, with costs. No opinion. Present — Hagarty, Johnston, Adel and Taylor, JJ.; Lazansky, P. J., not voting.